EDDINGS v. SOUTHERN ORTHOPEDIC &
      MUSCULOSKELETAL ASSOCS., P.A.

No. 10A02

Case below: 147 N.C. App. 375

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 6 March 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002.

FENNELL v. N.C. DEP'T OF CRIME CONTROL
      AND PUB. SAFETY

No. 561P01

Case below: 145 N.C. App. 584

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 March 2002. Justice Edmunds recused.

HAGER v. SMITH

No. 634P01

Case below: 146 N.C. App. 748

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002.

HAMILTON v. BECK (FORMERLY FREEMAN)

No. 685P01

Case below: 147 N.C. App. 195

Notice of appeal by defendants pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 6 March 2002. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 6 March 2002. Petition by defendants for writ of supersedeas dismissed as moot 6 March 2002. Temporary stay dissolved 6 March 2002.